■ LAURA THORN et al., Appellants, v CLAUDE O. STEPHENS et al., Respondents. [654 NYS2d 587] —Appeal by the plaintiffs from stated portions of an order and judgment (one paper) of the Supreme Court, Westchester County (Colabella, J.), dated January 3, 1996.

Ordered that the order and judgment is affirmed insofar as appealed from, with costs, for reasons stated by Justice Colabella at the Supreme Court. Bracken, J. P., Ritter, Santucci and Altman, JJ., concur.